IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOUSSAINT LOUVERTURE MINETT, SR.,

    Plaintiff,

v.

OFFICER KRUTER,

    Defendant.

ORDER

Case No. 19-cv-205-bbc

This case was closed after the court did not receive plaintiff's $10.75 initial partial filing fee payment by the April 5, 2019 deadline. Now, plaintiff has filed a letter requesting to pay the initial partial payment and having this case reopened. Plaintiff's request will be granted.

ORDER

IT IS ORDERED that plaintiff Toussaint Louverture Minett, Sr. may have until September 25, 2019 to submit a check or money order made payable to the clerk of court in the amount of $10.75 as the initial partial payment assessed in this case. If plaintiff complies with this deadline, plaintiff's case will be reopened and screened on the merits pursuant to 28 U.S.C. § 1915(e)(2). Otherwise, this case will remain closed.

Entered this 3rd day of September, 2019.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge