IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TOUSSAINT L'OUVERTURE MINETT, SR.,

    Plaintiff,

v.

                                                                      Case No. 19-cv-205-bbc

OFFICER KREUTER,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of the defendant Officer Kreuter dismissing the case without prejudice.

| /s/ | 10/22/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |