IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TOUSSAINT L'OUVERTURE MINETT, SR.,

                      Plaintiff,

    v.

OFFICER KREUTER,

                      Defendant.

ORDER

19-cv-205-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 22, 2020, I dismissed a complaint by pro se plaintiff Toussaint L'Ouverture Minett, Sr., alleging that defendant Officer Kreuter at the Rock County jail flashed the beam of his flashlight in plaintiff's eyes. Dkt. #44. I concluded that plaintiff failed to exhaust his administrative remedies at the jail before filing suit. Now plaintiff has filed a motion for reconsideration, dkt. #46, but he repeats the same arguments that he made in response to defendant's motion to dismiss and has not identified any legal or factual errors in my prior decision. Therefore, I will deny his motion.

ORDER

IT IS ORDERED that plaintiff Toussaint L'Ouverture Minett, Sr.'s motion for reconsideration, dkt. #46, is DENIED.

Entered this 9th day of November, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge