IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TOUSSAINT L'OUVERTURE MINETT, SR.,

                                                             ORDER

               Plaintiff,

                                                 19-cv-205-bbc

    v.

OFFICER KREUTER,

               Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On October 22, 2020, I dismissed pro se plaintiff Toussaint L'Ouverture Minett, Sr.'s complaint without prejudice for his failure to exhaust his administrative remedies. Dkt. #44. I also denied his motion for reconsideration of that decision on November 9, 2020. Dkt. #46. Now plaintiff has filed a motion for court assistance in recruiting counsel to represent him, dkt. #49, and a motion to hold his case in abeyance until he exhausts all of his administrative remedies, dkt. #50. Both motions will be denied.

Prisoners must exhaust administrative remedies *before* filing civil suit and may not complete the grievance process while litigation in federal court is pending. Ford v. Johnson, 362 F.3d 395, 398 (7th Cir. 2004) (explaining that exhaustion must precede litigation). Because plaintiff's case is now closed in this court, his motion for this court's assistance in the recruitment of counsel is moot. In addition, this court cannot help recruit counsel to represent plaintiff in exhausting his administrative remedies or filing an appeal.

ORDER

IT IS ORDERED that plaintiff Toussaint L'Ouverture Minett, Sr.'s motion for court assistance in recruiting counsel, dkt. #49, and motion to hold his case in abeyance, dkt. #50, are DENIED.

Entered this 1st day of December, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge